Per Curiam.

There appears to be a reasonable ground
for granting a commission in sucha case, and the application may be -made at any time after the commencement of the suit.(b)
Rule granted.

 2 R. S. 392, § 2. Graham’s Pr. (2d ed.) 585. Mumford v. Church, infra, 147, 150, u. (a). See also, Anon. 6 Ves. Jr. 573, Sumn. ed. Rowe v__, 8 id. 262. Pritchard v. Gee, 5 Mad. 364. Pearson v. Ward, 2 Dick. 648. S. C. 1 Cox, 177. Shirley v. Earl Ferrers, 3 P. Wms. 77. Hanken v. Middleditch, 2 Brown, 640. Brydges v. Hatch, 1 Cox, 423. Botts v Verelst, 2 Dick. 454. Shelley v. 13 Ves. 57. Cholmondeley v. Oxford, 4 Bro. 156. Bellamy v. Jones, 8 Ves. 32. Fitzhugh v. Lee, Ambl. 65. See 19 Ves.. 321. Palmer v. Aylesbury, 15 Ves. 301. Sumn. ed.